UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wells Fargo Bank, N.A., <br><br> Plaintiff, <br><br> v. <br><br> Peter B. Hirshfield, <br><br> Defendant. | Case No.: 4:21-CV-04455-KAW <br><br> **ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES (AS MODIFIED)** |

Pursuant to the stipulation of the parties, and good cause appearing therefore, the Court orders the following:

1. The deadline for the Defendant to file an answer or motion under Rule 12 is extended to September 15, 2021;
2. The Initial Case Management Conference is continued to January 11, 2022 at 11:00 a.m.;
3. The deadlines for events related to related to the Initial Case Management Conference are continued as set forth below:

| Date | Event | Rule |
|---|---|---|
| January 4, 2022 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | FRCivP 26(a) (1) Civil L.R . 16-9 |

Dated: August 24, 2021

*Kandis Westmore*
Honorable Kandis A. Westmore
United States Magistrate Judge